

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-07-00147-CV

_____

IN THE MATTER OF THE MARRIAGE OF
CHARLIE F. MCADAMS AND LESA MCDOWELL MCADAMS

On Appeal from the 402nd Judicial District Court
Wood County, Texas
Trial Court No. 2006-778

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Lesa McDowell McAdams, appellant, has filed with this Court a motion to dismiss her appeal pursuant to Rule 42.1(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.1(a). The motion is signed by the appellant.

We grant the appellant's motion and dismiss the appeal.


Bailey C. Moseley
Justice

Date Submitted:     June 2, 2008
Date Decided:       June 3, 2008

2